UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

VS. 2:25-cr-20081-MSN

JIMMY GIBSON,

Defendant.

MOTION TO CONTINUE FIRST REPORT DATE / SCHEDULING CONFERENCE

Defendant, Jimmy Gibson, through counsel, who would request that the First Report Date/ Scheduling Conference in this case, now set for May 28, 2025, be continued to allow counsel for Defendant to handle pretrial motions in a state case that day. As grounds for this request, Counsel would show and state as follows:

This case is set for a First Report Date/ Scheduling Conference on May 28, 2025.

Counsel for Defendant has pretrial motions scheduled in state court on May 28, 2025.

Counsel has consulted with the AUSA on this request who indicates that he has no objection to the relief sought.

WHEREFORE, Defendant requests that the First Report Date/ Scheduling Conference in this case, now set for May 28, 2025, be continued to allow counsel for Defendant to handle pretrial motions scheduled in state court on that date.

Respectfully submitted,

LAW OFFICE OF STEPHEN R. LEFFLER, P.C.

s/ Stephen R. Leffler
Stephen R. Leffler #11038
Attorney for Defendant
2670 Union Ave. Extended, Suite 819
Memphis, Tennessee 38112
(901) 527-8830
Stephen@Lefflerlaw.com