# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 2:25-CR-20081-MSN

ANTONIO CALDWELL, *et al.*,

    Defendants

## ORDER TRANSFERRING CASE

    The undersigned Court requests that this case be reassigned to the Honorable Judge Samuel H. Mays. Accordingly, the Clerk is directed to reassign this case to United States District Judge Samuel H. Mays.

    **IT IS SO ORDERED**, this 26th day of June, 2025.

                                                           *s/ Mark S. Norris*
                                                           MARK S. NORRIS
                                                           UNITED STATES DISTRICT JUDGE