**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No: 2:25-cr-20081-SHM-008** |
| **MARC PHARR,** | ) | |
| **Defendant.** | ) | |

---

## POSITION OF UNITED STATES WITH RESPECT TO SENTENCING FACTORS

---

The United States respectfully provides its position pertaining to the above referenced matter, set for sentencing on April 9, 2026, in accordance with the local rules and § 6A1.2 of the Sentencing Guidelines and Policy Statements.

The United States has received and reviewed the draft Presentence Report (PSR) filed in this case. (ECF No. 205.) The United States has no objections to the facts or calculations contained within. The United States will confer with opposing counsel and the United States probation office in good faith to resolve any disputed matters. In accordance with the plea agreement, the United States recommends a low-end guideline sentence.

Furthermore, in accordance with Local Rule 32.1(d), the United States anticipates the sentencing hearing to last approximately 1 hour but does not anticipate presenting evidence through more than 1 witness.

Respectfully submitted,

D. Michael Dunavant
United States Attorney
Western District of Tennessee

*/s/ Gregory D. Allen*
Gregory D. Allen
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, TN 38103
(901) 544-4231

## CERTIFICATE OF SERVICE

I, Gregory D. Allen, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing filing was electronically sent to Mr. Dewun Settle, counsel for the defendant.

This date: March 16, 2026.

*/s/ Gregory D. Allen*
Gregory D. Allen #30060
Assistant United States Attorney