IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

---

UNITED STATES OF AMERICA
Plaintiff,

vs. Case No.: 2:25-cr-20081-008

MARC PHARR
Defendant.

---

DEFENDANT MARC PHARR'S POSITION REGARDING SENTENCING

---

Comes now the defendant, Marc Pharr, by and through counsel, Dewun R. Settle pursuant to Rule 32(c) of the Federal Rules of Criminal Procedure and Local Criminal Rule 32.1, 18 U.S.C. § 3553, and the holdings in *United States v. Booker, United States v. Fanfan*, 125 S. Ct. 738 (2005), *Rehaif v. United States*, 139 S. Ct. 914 (2019) and submits the following pleading with respect to sentencing in this case:

## BACKGROUND

On April 10, 2025, a Federal Grand Jury sitting in the Western District of Tennessee returned a 10-count indictment against Antonio Caldwell, Michael Merritt, Darius Carter, Deandre Eubanks, Jimmy Gibson, Telly Hammond, Deandre Howard, Marc Pharr, Samuel Washington and Rico Winston. Pharr is named in counts one, eight, and nine of the indictment. Count One: Charges Conspiracy to Possess with the Intent to Distribute Methamphetamine and Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Count Eight: Charges Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Count Nine: Charges Use and Carry a

Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A). On December 16, 2025, the defendant pled guilty to count eight of the 10-count indictment.

## OBJECTIONS

The defendant can find no reasonable legal basis to object to the findings in the pre-sentence report filed in this case.

## 3553(a) FACTORS

Section 3553(a) directs courts to impose a sentence "sufficient, but not greater than necessary," to achieve the goals of sentencing. The statute requires consideration of the nature and circumstances of the offense, the history and characteristics of the defendant, and the need for the sentence to promote respect for the law, provide just punishment, afford adequate deterrence, and protect the public.

This case has a mandatory minimum sentence of 10 years or 120 months. But for the mandatory minimum sentence set forth by the Federal Sentencing Guidelines, the defendant would submit that a reasonable sentence in this case would be 87 months. Mr. Pharr has also stated that he feels that a drug rehabilitation program would be helpful to his success going forward and requests that the court recommend such a program to the federal bureau of prisons on his behalf.

Mr. Pharr has been living with his fiancé Ashley Nesbit for many years. Together they are raising five children, one of whom is presently a student at Middle Tennessee State University. Mr. Pharr holds a CDL and operates a tow truck to generate income.

Mr. Pharr recognizes that his lifestyle habits and choices revolving around illegal drugs has created problems in his life.

## CONCLUSION

The defendant prays that the court consider all factors under 3553(a) and grant all other

relief available to the him in this case.

Respectfully Submitted,

_ / s/ Dewun R. Settle
Dewun R. Settle
Attorney for the Defendant
145 Court Ave., Suite 411
Memphis, TN 38103
(901) 881-5619
dsettlelaw@hotmail.com

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via electronic mail this 19th day of March, 2026.

/ s/ Dewun R. Settle
Dewun R. Settle