Marc Phair Jr 4/14/26

Marc Phair Jr

25-20081-8

RECEIVED

APR 14 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

I marc phair jr have broken my lease and will be changing my adress to 2171 Stovall Ave Memphis TN 38108