**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JIMMY GIBSON,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cr-20081-05-SHM |

**ORDER REFERRING CASE FOR APPOINTMENT OF COUNSEL**

It has come to the attention of the Court that the previously appointed CJA counsel in the above case is now deceased.

This case is hereby referred to the Magistrate Judge for appointment of new CJA counsel.

**IT IS SO ORDERED**, this 7th day of May, 2026.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE