IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

---

UNITED STATES OF AMERICA,

PLAINTIFF

vs. NO: 2: 25-cr-20081-005.SHM

JIMMY GIBSON,

DEFENDANT.

---

POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

---

COMES NOW Defendant, Jimmy Gibson by and through undersigned counsel, Lauren Pasley, pursuant to § 6A 1.2 of the Sentencing Guidelines and Local Criminal Rule 32.1 (d), and submits this Position of Defendant with Respect to Sentencing Factors and would show unto this Court as follows:

1. Defendant and Counsel have received and reviewed the Presentence Report prepared ad submitted by the United States Probation Office in this matter.
2. Defendant submits that the ten (10) year statutory minimum set forth in 21 U.S.C. 841 (a)(1) is a sufficient sentence and anything above that would be greater than necessary (a) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (b) to afford adequate deterrence to criminal conduct; (c) to protect the public from further crimes of the defendant; and (d) to provide the defendant with

needed educational and vocational training, medical care, or other correctional treatment in the most effective manner.

**3.** Defendant submits that this Court should sentence him considering all sentencing factors as contained in 18 U.S.C. §3553 (a) . Mr. Gibson is respectful and intelligent but has made some poor choices in life. His childhood appears to have been unstable even though he reports that his parents were active in his life. Mr. Gibson is addicted to marijuana and cocaine. He has used those substances for approximately twenty (20) years.

**4.** Due to his drug addiction, he would request that this Court recommend he be considered for any and all drug rehabilitation programs for which he may be eligible.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court sentence him consistent with the issues set forth above.

Respectfully submitted,

*s/ Lauren Pasley*
Lauren Pasley #21632
Attorney for Defendant
202 Adams Avenue
Memphis, TN 38103
(901) 507-7734

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document has been forwarded to Assistant United States Attorney Gregory Allen via the district court's electronic filing system, this the 6th day of July 2026.

*s/Lauren Pasley*
Lauren Pasley