**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No: 2:25-cr-20081-SHM-004** |
| | ) | |
| **DEANDRE EUBANKS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## POSITION OF UNITED STATES WITH RESPECT TO SENTENCING FACTORS

The United States respectfully provides its position pertaining to the above referenced matter, set for sentencing on October 22, 2026, in accordance with the local rules and § 6A1.2 of the Sentencing Guidelines and Policy Statements.

The United States has received and reviewed the draft Presentence Report (PSR) filed in this case. (ECF No. 362.) The United States has no objections to the facts or calculations contained within, except for the relevant conduct amount attributable to the defendant. The United States provided United States Probation Office with an updated relevant conduct amount it believes the defendant should be held responsible for; however, this would not change the guideline range. The United States will confer with opposing counsel and the United States probation office in good faith to resolve any disputed matters.

Furthermore, in accordance with Local Rule 32.1(d), the United States anticipates the sentencing hearing to last approximately 1 hour but does not anticipate presenting evidence through more than 1 witness.

Respectfully submitted,

D. Michael Dunavant
United States Attorney
Western District of Tennessee

*/s/ Gregory D. Allen*
Gregory D. Allen
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, TN 38103
(901) 544-4231

**CERTIFICATE OF SERVICE**

I, Gregory D. Allen, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing filing was electronically sent to Mr. Marty B. McAfee, counsel for the defendant.

This date: September 21, 2026.

*/s/ Gregory D. Allen*
Gregory D. Allen #30060
Assistant United States Attorney