**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION**

---

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**vs.** **No. 2: 25-cr-20081**

**DEANDRE EUBANKS,**
**Defendant.**

---

## SENTENCING POSITION OF THE DEFENDANT

---

COMES NOW, the Defendant, Deandre Eubanks, through counsel of record Marty B. McAfee, pursuant to Rule 32(c) of the Federal Rules of Criminal Procedure and Local Criminal Rule 32.1, 18 U.S.C. § 3553, and the holdings in *United States v. Booker* and *United States v. Fanfan*, 125 S. Ct. 738 (2005) and submits the following pleading with respect to sentencing in this case. In sentencing the Defendant, the appropriate factors for the Court to consider are outlined in Section 3553(a). The overriding principal and basic mandate of Section 3553(a) requires District Courts to impose a sentence ***"sufficient, but not greater than necessary,"*** to comply with the purposes of sentencing as set forth in Section 3553(a)(2):

### OBJECTIONS:

Mr. Eubanks has no objection to the facts or Guideline calculations contained in the PSR.

### § 3553 FACTORS:

Mr. Eubanks grew up with no father, but he did participate as a youth in sports and church activities. On the streets, he saw "successful" male role models who prospered only through illegal means, mainly dealing drugs. Mr. Eubanks grew up in a violent and poverty-stricken world without many of the factors which are essential to success in our society. Mr.

Eubanks grew up with poverty, a lack of security, and every road sign available to him pointed toward one avenue for success: dealing illicit drugs.

Along the way, Deandre Eubanks became a drug addict himself, abusing cocaine and prescription pills until he was dealing drugs to support his drug habit. His extensive drug abuse history started at age 25 and continues to this day. Drug abuse contributes to his extensive criminal history. If he obtains drug rehabilitation help, Mr. Eubanks can be productive. He has family structure to help him succeed if he pays his debt to society and gets drug rehabilitation.

He has experience as a painter and a landscape laborer. But this Court can recommend him for training to be a skilled worker once he has paid his debt. This Court can require him to undergo both drug rehabilitation and classes to address domestic violence offenses. With this help and structure, Mr. Eubanks has reached an age where a new path can make sense.

**MR. EUBANKS' POSITION REGARDING SENTENCE**

Mr. Eubanks moves this Court to sentence him to the minimum statutory sentence in this matter, a sentence of 120 months. With a strict Supervised Release regime, and at his age of 41 years old, Mr. Eubanks is at his last chance for a productive life in society.

Respectfully Submitted,

s/ Marty B. McAfee
Marty B. McAfee #18113
Attorney for the Defendant
246 Adams Avenue
Memphis, TN. 38103
(901) 328-7000

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties via electronic filing on this date.

s/Marty B. McAfee
Marty B. McAfee